1 | Catherine Valerio Barrad (SBN 168897)
    cbarrad@sidley.com
2 | Christine K. Son (SBN 223190)
    cson@sidley.com
3 | SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
4 | Los Angeles, California 90013-1010
    Telephone: (213) 896-6000
5 | Facsimile: (213) 896-6600

Attorneys for Defendant Bayer Corporation

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. C 07-4399 EDL<br><br>**DEFENDANT BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

---

BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
NITZBERG, ET AL. V. BAYER CORPORATION, ET AL.

ORIGINAL

1. Bayer AG, a German corporation which wholly owns Bayer Corporation. Bayer AG is publicly traded in Germany and its American depository shares are listed on the New York Stock Exchange.

2. Bayer Pharmaceuticals Corporation, which is wholly owned by Bayer Corporation.

If additional parties become known during the course of discovery, then Bayer Corporation will amend this certification to bring such additional names to the attention of the Court.

Dated: August 24, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: _____
Christine K. Son
Attorneys for Defendant Bayer Corporation

2

BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
NITZBERG, ET AL. V. BAYER CORPORATION, ET AL.

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                      ) ss
COUNTY OF LOS ANGELES )

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

  On August 27, 2007, I served the foregoing document described as **BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on all interested parties in this action as follows (or as on the attached service list):

Michael A. Kelly
Emily C. Wecht
Walkup, Melodia, Kelly, Wecht & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108-2615

☒  (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  Executed on August 27, 2007, at Los Angeles, California.

*Deborah J. Kelly*
Deborah J. Kelly