1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6

7  Attorneys For Defendant
   Bayer Corporation

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
                        **SAN FRANCISCO DIVISION**

11  SAMUEL NITZBERG by and through  ) Case No. _____
    his guardian ad litem, ELENA STORER, )
12  and MATTHEW NITZBERG by and     )
    through his guadrian ad litem, ELENA )
13  STORER, and ELENA STORER,       ) **DEFENDANT BAYER**
    individually,                   ) **CORPORATION'S NOTICE OF**
                                    ) **PENDENCY OF OTHER ACTIONS**
14                                  ) **OR PROCEEDINGS**
               Plaintiffs,          )
15                                  )
         v.                         )
16                                  )
                                    )
17  BAYER CORPORATION; DOES ONE     )
    through ONE HUNDRED, and each of )
18  them,                           )
                                    )
19                                  )
               Defendants.          )
20  _____

21

22

23

24

25

26

27

28

---

BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
NITZBERG, ET AL. V. BAYER CORPORATION, ET AL.

1    Pursuant to Civil Local Rule 3-13, Bayer Corporation gives notice that the
2 above-captioned action involves a material part of the same subject matter as the
3 following pending actions and proceedings, which concern the assertion of personal
4 injury claims relating to the use of the prescription medication Trasylol®:

5    *Bakan v. Bayer Corp.*, Case No. 07-220, filed on or about February 2, 2007, and
6 pending in the United States District Court for the Middle District of Florida.

7    *Davis v. Bayer Corp.*, Case No. 07-115, filed on or about January 25, 2007, and
8 pending in the United States District Court for the Middle District of Tennessee.

9    *Fast v. Bayer Corp.*, Case No. 07-82, filed on or about May 23, 2007, and
10 pending in the United States District Court for the Northern District of West Virginia.

11    *Lanham v. Bayer Corp.*, Case No. 07-1687, filed on or about May 21, 2007, and
12 pending in the United States District Court for the Southern District of Texas.

13    *Mack v. Bayer Corp.*, No. 07-1151, filed on or about July 6, 2007, and pending
14 in the United States District Court for the District of Connecticut.

15    *Morrill v. Bayer Pharmaceuticals Corp.*, Case No. 07-819, filed on or about
16 April 4, 2007, and pending in the United States District Court for the Middle District
17 of Florida.

18    *O'Connor v. Bayer Corp.*, Case No. 07-633, filed on or about April 9, 2007,
19 and pending in the United States District Court for the Southern District of California.

20    *Pidgeon v. Bayer Corp.*, Case No. 61200628, writ of summons filed on or about
21 December 6, 2006, and pending in the Philadelphia, Pennsylvania, Court of Common
22 Pleas.

23    *Reber v. Bayer Corp.*, Case No. NNH-CV-07-5013304-S, filed on or about
24 August 10, 2007, and pending in the New Haven, Connecticut, Superior Court.

25    *Sessums v. Bayer AG*, Case No. 07-436, filed on or about May 16, 2007, and
26 pending in the United States District Court for the Southern District of Mississippi.

27    *Wease v. Bayer Corp.*, Case No. 07-1659, filed on or about June 15, 2007, and
28 pending in the United States District Court for the Northern District of Georgia.

*Williams* v. *Bayer Corp.*, Case No. 07-0004, filed on or about January 25, 2007, and pending in the United States District Court for the Middle District of Tennessee.

Dated: August 24, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: _____
Christine K. Son
Attorneys for Defendant Bayer Corporation

BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
NITZBERG, ET AL. V. BAYER CORPORATION, ET AL.

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On August 27, 2007, I served the foregoing document described as **DEFENDANT BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** on all interested parties in this action as follows (or as on the attached service list):

Michael A. Kelly
Emily C. Wecht
Walkup, Melodia, Kelly, Wecht & Schoenberger
650 California Street, 26th Floor
San Francisco, CA  94108-2615

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 27, 2007, at Los Angeles, California.

_____
Deborah J. Kelly