Steven E. Derringer
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax: 312-494-4440
Email: steven.derringer@bartlit-beck.com

FILED
OCT 31 AM 10: 14
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his gardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>BAYER CORPORATION, DOES ONE through ONE HUNDRED, and each of them,<br><br>Defendant(s)   / | CASE NO. 3:07-CV-04399-EDL<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Steven E. Derringer, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Bayer Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

ORIGINAL

American LegalNet, Inc.
www.FormsWorkflow.com

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co- counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Catherine Valerio Barrad
> Sidley Austin LLP
> 555 West Fifth Street, Ste. 4000
> Los Angeles, CA 90013
> Phone: 213-896-6688

I declare under penalty of perjury that the foregoing is true and correct.

Dated: OCTOBER 15, 2007

American LegalNet, Inc.
www.FormsWorkflow.com