UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,

        Plaintiffs,

        v.

BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,

        Defendants.
_____

Case No. C-07-04399 EDL

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

Counsel report that they have met and conferred regarding ADR and that they:

    ☒ have not yet reached an agreement to an ADR process
    ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:  December 4, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Emily C. Wecht | plaintiffs | (415) 981-7210 | ewecht@walkuplawoffice.com |
| Michael A. Kelly | plaintiffs | (415) 981-7210 | mkelly@walkuplawoffice.com |
| Khaldoun A. Baghdadi | plaintiffs | (415) 981-7210 | kbaghdadi@walkuplawoffice.com |
| Catherine Valerio Barrad | Bayer Corporation | (213) 896-6688 | cbarrad@sidley.com |
| Shayna S. Cook | Bayer Corporation | (312) 494-4465 | shayna.cook@bartlit-beck.com |
| Richard K. Dandrea | Bayer Corporation | (412) 566-5930 | rdandrea@eckertseamans.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

2

| | |
|---|---|
| Dated:  November 12, 2007 | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |
| | |
| | By:   /s/ Emily C. Wecht                         |
| |     Michael A. Kelly |
| |     Khaldoun A. Baghdadi |
| |     Emily C. Wecht |
| | Attorneys for Plaintiffs |
| Dated:  November 13, 2007 | SIDLEY AUSTIN LLP |
| | |
| | By:   /s/ Catherine Valerio Barrad         |
| |     Catherine Valerio Barrad |
| |     Christine K. Son |
| | Attorneys for Defendant, Bayer Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2007, I caused true and correct copies of the foregoing NOTICE OF NEED FOR ADR PHONE CONFERENCE to be served by facsimile upon:

ADR Program
450 Golden Gate Avenue,
16th Floor, Room 16-6892
San Francisco, CA
FAX: 415.522.4112

/s/ Catherine Valerio Barrad
Catherine Valerio Barrad