1  Richard K. Dandrea
2  ECKERT SEAMANS CHEERIN & MELLOTT, LLC
   600 Grant St., 44th Floor
3  Pittsburgh, PA 15219
   Phone: 412-566-6000
4  Fax: 412-566-6099
   Email: rdandrea@eckertseamans.com



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually, | CASE NO. 3:07-CV-04399-EDL |
| | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VIC* |
| Plaintiff(s), | |
| v. | |
| BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them, | |
| Defendant(s) | |

Pursuant to Civil L.R. 11-3, Richard K. Dandrea, an active member in good standing of the bar of the Supreme Court of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Bayer Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

**ORIGINAL**

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co- counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Catherine Valerio Barrad
Sidley Austin LLP
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Phone: 213-896-6688

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/6/07                         *[signature] Richard K. Dunshee*

American LegalNet, Inc.
www.FormsWorkflow.com