UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. C-07-04399 EDL<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 26, 2007

_____
[Party]    Keith R. Abrams
Vice President, Associate General
Counsel and Assistant Secretary

Dated: November 27, 2007

SIDLEY AUSTIN LLP

By: _____
Catherine Valerio Barrad
Christine K. Son

Attorneys for Defendant, Bayer Corporation