1 | Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
2 | Christine K. Son (SBN 223190)
cson@sidley.com
3 | SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
4 | Los Angeles, California  90013-1010
Telephone: (213) 896-6000
5 | Facsimile: (213) 896-6600

Attorneys For Defendant
Bayer Corporation

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guadrian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>   Plaintiffs,<br><br>   v.<br><br>BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,<br><br>   Defendants. | Case No. C-07-04399 EDL<br><br>**APPLICATION FOR *PRO HAC VICE* COUNSEL TO PARTICIPATE BY TELEPHONE IN THE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 16-10, Steven Derringer and Richard Dandrea, attorneys for Bayer Corporation, respectfully submit this request to participate by telephone in the initial case management conference on December 4, 2007. Both attorneys reside outside of the state and have applied to this Court to appear *pro hac vice* in this matter.

In addition to *pro hac vice* counsel, Catherine Valerio Barrad will appear in person on behalf of Bayer Corporation.

Dated: November 27, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: */s/ Catherine Valerio Barrad*
    Catherine Valerio Barrad
    Attorneys for Defendant Bayer Corporation