UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,

Plaintiff(s),

v.

BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,

Defendant(s).

CASE NO. 3:07-CV-04399-EDL

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE



FILED
NOV 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steven E. Derringer, an active member in good standing of the bar of the State of Illinois whose business address and telephone number (particular court to which applicant is admitted) is, Bartlit Beck Herman Palenchar & Scott LLP, 54 W. Hubbard, Ste. 300, Chicago, IL 60610 (admitted to: Supreme Court of Illinois, 130 E. Randolph Dr., Chicago, IL 60601, (312) 565-2600; United States District Court for the Northern District of Illinois, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604, (312) 435-5670; Trial Bar of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, (312) 435-5771; and United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn St., Chicago, IL 60604, (312) 435-5850), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bayer Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Nov 8, 2007

Judge Elizabeth D. Laporte
United States District Court Judge