UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,

Plaintiff(s),

v.

BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,

Defendant(s).

CASE NO.3:07-CV-04399-EDL

~~(Proposed)~~

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

FILED
NOV 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard K. Dandrea, an active member in good standing of the bar of the Supreme Court of the Commonwealth of Pennsylvania, whose business address and telephone number (particular court to which applicant is admitted) is, Eckert Seamans Cherin & Mellott, LLC, 600 Grant St., 44th Floor, Pittsburgh, PA 15219 (admitted to: The Supreme Court of Pennsylvania, 801 City-County Building, 414 Grant St., Pittsburgh, PA 15219, (412) 565-2816), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bayer Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Nov 19, 2007

Judge Elizabeth D. Laporte
United States District Court Judge

ORIGINAL