1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6

7  Attorneys For Defendant
   Bayer Corporation

8

9              UNITED STATES DISTRICT COURT
10         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
11

12 SAMUEL NITZBERG by and through   )  Case No. 07-04399 EDL
   his guardian ad litem, ELENA STORER, )
13 and MATTHEW NITZBERG by and      )
   through his guardian ad litem, ELENA )  **PROOF OF SERVICE**
14 STORER, and ELENA STORER,        )
   individually,                    )
15                                  )
           Plaintiffs,              )
16                                  )
       v.                           )
17                                  )
                                    )
18 BAYER CORPORATION; DOES ONE      )
   through ONE HUNDRED, and each of )
19 them,                            )
                                    )
20                                  )
           Defendants.              )
21

22

23

24

25

26

27

28
   ────────────────────────────────
              PROOF OF SERVICE
          *NITZBERG V. BAYER CORPORATION*
                 07-04399 EDL

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

      On December 7, 2007, I served the foregoing document described as **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** on all interested parties in this action as follows (or as on the attached service list):

Michael A. Kelly
Emily C. Wecht
Walkup, Melodia, Kelly, Wecht & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108-2615

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on December 7, 2007, at Los Angeles, California.

/Rosemary Franchimone

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On December 7, 2007, I served the foregoing document(s) described as **PROOF OF SERVICE** on all interested parties in this action as follows (or as on the attached service list):

Michael A. Kelly
Emily C. Wecht
Walkup, Melodia, Kelly, Wecht & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108-2615

☒   (ON CM/ECF) I electronically filed and served the document on CM/ECF. I declare that I am a registered user of the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2007, at Los Angeles, California.

*s/Christine K. Son*
Attorney for Defendant
Bayer Corporation
Email: cson@sidley.com

PROOF OF SERVICE