Shayna S. Cook, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
312-494-4465
(Name, address, and phone number of applicant)

**FILED**
07 DEC -4 AM 11: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SAMUEL NITZBERG by and through his gardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,
　　　　Plaintiff(s),

v.

BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them
　　　　Defendant(s)

CASE NO. C-07-04399 EDL CW

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

　　　Pursuant to Civil L.R. 11-3, Shayna S. Cook, an active member in good standing of the bar of the States of Illinois and Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Bayer Corporation in the above-entitled action.

　　　In support of this application, I certify on oath that:

　　　1.　I am an active member in good standing of the bars of the States of Illinois and Texas and the United States District Courts for the Northern District of Illinois and the Western District of Texas;

　　　2.　I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

　　　3.　An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co- counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Catherine Valerio Barrad
Sidley Austin LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
213-896-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/28/2007

　　　　　　　　　　　　　Shayna S. Cook

ORIGINAL

American LegalNet, Inc.
www.FormsWorkflow.com