```
1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6
   Attorneys For Defendant
7  Bayer Corporation
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guadrian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. C-07-04399 _____<br><br>**APPLICATION FOR *PRO HAC VICE* COUNSEL TO PARTICIPATE BY TELEPHONE IN THE INITIAL CASE MANAGEMENT CONFERENCE** |

---

APPLICATION TO PARTICIPATE BY TELEPHONE
**NITZBERG, ET AL. V. BAYER CORPORATION**
CASE NO. C-07-04399

1  Pursuant to Civil Local Rule 16-10, Richard Dandrea, *pro hac vice*
2  counsel for Bayer Corporation, respectfully submits this request to participate by
3  telephone in the initial case management conference on December 18, 2007. Mr.
4  Dandrea resides outside of the state.
5  In addition to Mr. Dandrea, Catherine Valerio Barrad and Steven
6  Derringer will appear in person on behalf of Bayer Corporation.

Dated: December 11, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: s//Catherine Valerio Barrad
    Catherine Valerio Barrad
    Attorneys for Defendant Bayer
    Corporation

---

APPLICATION TO PARTICIPATE BY TELEPHONE
NITZBERG, ET AL. V. BAYER CORPORATION
CASE NO. C-07-04399