```
1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6
   Attorneys For Defendant
7  Bayer Corporation
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guadrian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION; DOES ONE through ONE HUNDRED, and each of them,<br><br>    Defendants. | Case No. C-07-04399<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION FOR *PRO HAC VICE* COUNSEL TO PARTICIPATE BY TELEPHONE IN THE INITIAL CASE MANAGEMENT CONFERENCE** |

1  Defendant Bayer Corporation hereby withdraws its Application for *Pro
2  Hac Vice* Counsel to Participate by Telephone in the Initial Case Management
3  Conference. As directed by the Court, Bayer Corporation will forthwith file a letter
4  request for *pro hac vice* counsel, Richard Dandrea, to participate by telephone in the
5  case management conference set for December 18, 2007 at 2:00 p.m.

Dated: December 12, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: s//Catherine Valerio Barrad
    Catherine Valerio Barrad
    Attorneys for Defendant Bayer
    Corporation