

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| cson@sidley.com<br>(213) 896-6076 | FOUNDED 1866 | |

December 12, 2007

Sheilah Cahill, Calendar Clerk to
Honorable Claudia Wilken
1301 Clay Street
Suite 400 S
Oakland, CA 94612-5212

    Re:   *Nitzberg v. Bayer Corporation*, Case No. 07-04399

Dear Ms. Cahill:

    Pursuant to your request, Defendant Bayer Corporation will withdraw its current Application For *Pro Hac Vice* Counsel To Participate By Telephone At The Initial Case Management Conference. Instead, Defendant Bayer Corporation hereby submits this letter request for *pro hac vice* counsel, Richard Dandrea, to participate by telephone in the case management conference set for December 18, 2007 at 2:00 p.m. Mr. Dandrea will be available in his office at (412) 566-5930 starting at 2:00 p.m. and will standby for you to initiate the call.

                             Very truly yours,

                             Christine K. Son

CKS:djk

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

LA1 1108095v.1