1

**UNITED STATES DISTRICT COURT** RECEIVED

2

**NORTHERN DISTRICT OF CALIFORNIA** 07 DEC 4 AM 11: 30

3    SAMUEL NITZBERG by and through his           RICHARD H. WIEKING

4    guardian ad litem, ELENA STORER, and      CLERK, U.S. DISTRICT COURT
     MATTHEW NITZBERG by and through his     NORTHERN DISTRICT OF CALIFORNIA

5    guardian ad litem, ELENA STORER, and
     ELENA STORER, individually,

6                      Plaintiff(s),                     CW

7              v.                          CASE NO.C-07-04399 ~~EDL~~

8    BAYER CORPORATION; DOES ONE                  (Proposed)
     through ONE HUNDRED, and each of     **ORDER GRANTING APPLICATION**

9    them,                                **FOR ADMISSION OF ATTORNEY**
                                          ***PRO HAC VICE***

10                     Defendant(s).      FILED

11                                        DEC 11 2007

12                                        RICHARD W. WIEKING
                                          CLERK, U.S. DIST
                                          NORTHERN DISTRIC      LIFORNIA

13         Shayna S. Cook, an active member in good standing of the bar of Illinois and Texas

14   whose business address and telephone number is Bartlit Beck Herman Palenchar & Scott LLP,

15   54 West Hubbard, Suite 300, Chicago, IL 60610, 312-494-4465, having applied in the above-

16   entitled action for admission to practice in the Northern District of California on a *pro hac vice*

17   basis, representing Bayer Corporation.

18         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20   *vice* . Service of papers upon and communication with co-counsel designated in the application

21   will constitute notice to the party. All future filings in this action are subject to the requirements

22   contained in General Order No. 45, *Electronic Case Filing*.

23

24   Dated:

25         DEC 11 2007                    _____
                                          United States Judge

26

27

28

**ORIGINAL**

American LegalNet, Inc.
www.FormsWorkflow.com