FILED

JAN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C 07-4399

RECEIVED

JAN - 2 2008

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Trasylol® Products Liability Litigation            MDL Docket No. _____

## MOTION OF BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, BAYER AG, AND BAYER HEALTHCARE AG FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS

1.      Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation, Bayer

HealthCare LLC, Bayer AG, and Bayer HealthCare AG move to have the actions listed in the

accompanying Schedule of Actions transferred to the United States District Court for the District

of Connecticut for consolidated and coordinated pretrial proceedings pursuant to 28 U.S.C.

§ 1407(a).

2.      Pursuant to Rule 7.2 of this Panel's Rules of Procedure, the actions of which the

moving defendants request transfer and consolidation are identified in the Schedule of Actions

submitted herewith.  A courtesy copy of the complaints and docket sheets in those actions has

been provided to the Panel.

3.      As set forth more fully in the accompanying Brief, in the past year, 18 actions

raising product liability claims regarding the prescription pharmaceutical Trasylol® have been

filed in, or removed to, federal courts around the country.

4.     The plaintiffs contend that they (or their decedents) were injured as a result of

having been administered Trasylol®. The complaints contain substantially similar allegations of

failure to warn, misrepresentation, and defective design sounding in negligence and strict

liability, as well as claims for breach of warranty. While there are different alleged injuries and

other important distinctions among the cases, the adequacy of the warnings accompanying

Trasylol® will be at issue in all of these cases.

5.     The expeditious resolution of these disputes would best be accomplished through

coordinated discovery.

6.     As shown in the accompanying Brief, consolidation of these actions for pretrial

discovery proceedings would serve the convenience of the parties and witnesses and would

promote the just and efficient conduct of these actions. The actions all raise the issues of the

safety of Trasylol® and the adequacy of its warnings, and there is sufficient commonality in the

alleged facts and similarity among potential legal issues that coordinated discovery and uniform

rulings would reduce inefficient duplicative litigation.

7.     The United States District Court for the District of Connecticut is the most

appropriate forum for consolidated pretrial proceedings for the following reasons:

        (a)     Connecticut has the greatest concentration of Trasylol® cases in the
country. Although no federal Trasylol® cases have been filed in the
District of Connecticut, more Trasylol® cases are pending in the state
courts in Connecticut than in any other state. The Connecticut state court
cases further involve the claims of at least 22 persons who allegedly
received Trasylol® — which is more than in all of the 18 currently
pending federal cases. Transfer of this litigation to Connecticut therefore
offers unique opportunities for federal-state coordination of discovery and
trial schedules.

        (b)     The pending federal Trasylol® cases are scattered around the country.
There is no center of gravity of the federal Trasylol® litigation, and none
of the federal cases has progressed markedly farther than others.

2

(c)  Connecticut is a convenient venue for the parties. Courts in the District of Connecticut are located near major highways and rail stations, and the state is served by four international airports.

8.  Copies of this Motion and the Brief in support of this Motion were served on each party to each of the actions set forth in the Schedule of Actions, and copies have been filed in each district court in which an action potentially affected by this Motion is pending.

Respectfully submitted,

Eugene A. Schoon
Susan A. Weber
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

Lory Barsdate Easton
Richard H. Menard Jr.
Quin M. Sorenson
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Philip S. Beck
Steven E. Derringer
Bartlit, Beck, Herman, Palenchar & Scott, LLP
54 West Hubbard Street
Suite 300
Chicago, Illinois 60610
(312) 494-4400

Attorneys for Moving Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation, Bayer HealthCare LLC, Bayer AG, and Bayer HealthCare AG

Dated:  December 26, 2007

**CERTIFICATE OF SERVICE**

I certify that, on this 26th day of December, 2007, I caused true and correct copies of the

foregoing Motion for Transfer and Consolidation of Related Actions to be sent by first class mail

to the following persons:

**Service list for *Burnette* v. *Bayer Corp. et al.* (N.D. Ala. No. 7:07-cv-2238):**

Clerk, United States District Court,
Northern District of Alabama
1729 Fifth Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Brian D. Turner, Jr.
Ernest Cory
Elizabeth A. Ellis
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200
Counsel for Plaintiff

**Service list for *Ware* v. *Bayer Corp. et al.* (C.D. Cal. No. 5:07-cv-1305):**

Clerk, United States District Court,
Central District of California
3470 Twelfth Street
Riverside, CA 92501
(951) 328-4450

Leonard S. Sands
Heleni E. Suydam
SANDS & ASSOCIATES
9606 Santa Monica Blvd., 3rd Floor
Beverly Hills, CA 90210-4420
(310) 859-6644
Counsel for Plaintiff

**Service list for *Storer ex rel Nitzberg et al.* v. *Bayer Corp.* (N.D. Cal. No. 4:07-cv-4399):**

Clerk, United States District Court,
Northern District of California
1300 Clay Street
Suite 300
Oakland, California 94612
(510) 879-3600

Michael A. Kelly
Emily C. Wecht
LAW OFFICES OF WALKUP, MELODIA, KELLY,
     WECHT & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, California 94108-2615
(415) 981-7210
Counsel for Plaintiffs

**Service list for *De Leon et al.* v. *Bayer Pharmaceutical Corp.* (N.D. Cal. No. 3:07-cv-6206):**

Clerk, United States District Court,
Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, California 94102
(415) 522-2000

Jo Ann Kingston
4200 Park Boulevard, #271
Oakland, California 94602
(510) 530-7800
Counsel for Plaintiffs

**Service list for *O'Connor* v. *Bayer Corp. et al.* (S.D. Cal. No. 3:07-cv-633):**

Clerk, United States District Court,
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101
(619) 557-5600

Brian J. Panish
Kevin R. Boyle
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
(310) 477-1700
Counsel for Plaintiff

Brian H. Barr
K. Lea Morris Turtle
Michael B. Lynch
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, Florida 32591
(850) 435-7184
Counsel for Plaintiff

**Service list for *Bakan* v. *Bayer Corp. et al.* (M.D. Fla. No. 8:07-cv-220):**

Clerk, United States District Court,
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602
(813) 301-5400

K. Lea Morris Turtle
Michael B. Lynch
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, Florida 32591
(850) 435-7184
Counsel for Plaintiff

**Service list for *Morrill* v. *Bayer Corp. et al.* (M.D. Fla. No. 8:07-cv-819):**

Clerk, United States District Court,
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602
(813) 301-5400

John D. Goldsmith
Amy L. Drushal
TRENAM, KEMKER, SCHARF, BARKIN, FRYE,
    O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida  33602
(813) 223-7474
Counsel for Plaintiff

**Service list for *Rodriguez et al.* v. *Bayer Corp. et al.* (S.D. Fla. No. 9:07-cv-81172):**

Clerk, United States District Court,
Southern District of Florida
701 Clematis Street
Room 402
West Palm Beach, Florida 33401
(561) 803-3400

Joseph Anthony Osborne
BABBIT JOHNSON OSBORNE & LeCLAINCHE
1450 Centerpark Boulevard
Suite 100
West Palm Beach, Florida 33401
(561) 684-2500
Counsel for Plaintiffs

**Service list for *Shaw* v. *Bayer Corp. et al.* (M.D. Ga. No. 4:07-cv-176):**

Clerk, United States District Court,
Middle District of Georgia
120 12th Street
P.O. Box 124
Columbus, Georgia 31902
(706) 649-7816

Matthew Neal Pope
LAW OFFICES OF MATTHEW N. POPE, P.C.
205 Ninth Street
Columbus, Georgia 31901
706-324-2521
Counsel for Plaintiff

**Service list for *Wease et al.* v. *Bayer Corp. et al.* (N.D. Ga. No. 1:07-cv-1659):**

Clerk, United States District Court,
Northern District of Georgia
75 Spring Street SW, Room 2211
Atlanta, Georgia 30303
(404) 215-1660

C. Andrew Childers
CHILDERS, BUCK & SCHLUETER, LLP
260 Peachtree Street, Suite 1601
Atlanta, Georgia 30303
(404) 419-9500
Counsel for Plaintiffs

K. Lea Morris Turtle
Michael B. Lynch
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, Florida 32591
(850) 435-7184
Counsel for Plaintiffs

**Service list for *Durkin* v. *Bayer Corp. et al.* (N.D. Ill. No. 07-cv-7162):**

Clerk, United States District Court,
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

Jeffrey B. Sussman
SUSSMAN SELIG & ROSS
One East Wacker Drive, Suite 3650
Chicago, Illinois 60601
(312) 977-4000
Counsel for Plaintiff

Paul J. Napoli
Marc Jay Bern
Christopher R. LoPalo
NAPOLI BERN & ASSOCIATES, LLP
3500 Sunrise Highway, Ste. T-207
Great River, New York 11739
Telephone: (212) 267-3700
Counsel for Plaintiff

Service list for *Reider et al.* v. *Bayer Corp. et al.* (W.D. La. No. 2:07-cv-1688):

Clerk, United States District Court,
Western District of Louisiana
611 Broad Street Suite 188
Lake Charles, Louisiana 70601
(337) 437-3870

Evelyn Moreau Reider
Pro Se
2406 11th Street
Lake Charles, Louisiana 70601

Ronale Reider
Pro Se
2406 11th Street
Lake Charles, Louisiana 70601

Ronald Reider, Jr.
Pro Se
1889 Bethdaida Street
Lake Charles, Louisiana 70601

Ronnaesa Reider
Pro Se
4249 5th Avenue #Z-13
Lake Charles, Louisiana 70601

LaRonda Pitre
Pro Se
4507 Deek Drive A
Killeen, Texas 76549

Service list for *Sessums* v. *Bayer AG et al.* (S.D. Miss. No. 3:07-cv-436):

Clerk, United States District Court,
Southern District of Mississippi
P.O. Box 23552
Jackson, Mississippi 39225
(601) 965-4439

James McHugh
LOPEZ MCHUGH LLP
1325 Spruce Street
Philadelphia, Pennsylvania 19107
(215) 732-3137
Counsel for Plaintiff

Martin D. Crump
1712 15th Street, Suite 300
P.O. Drawer 6829 (39506)
Gulfport, Mississippi 39501
(228) 863-6000
Counsel for Plaintiff

Service list for *Williams* v. *Bayer Corp. et al.* (M.D. Tenn. No. 1:07-cv-4):

Clerk, United States District Court,
Middle District of Tennessee
801 Broadway
Nashville, Tennessee 37203
(615) 736-5498

Brian D. Turner, Jr.
Ernest Cory
Elizabeth A. Ellis
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200
Counsel for Plaintiff

Lee L. Coleman
HUGHES AND COLEMAN
444 James Robertson Parkway, Suite 201
Nashville, Tennessee 37219
(856) 523-9192
Counsel for Plaintiff

**Service list for *Davis* v. *Bayer Corp. et al.* (M.D. Tenn. No. 3:07-cv-115):**

Clerk, United States District Court,
Middle District of Tennessee
801 Broadway
Nashville, Tennessee 37203
(615) 736-5498

Lee Coleman
HUGHES AND COLEMAN
444 James Robertson Parkway, Suite 201
Nashville, Tennessee 37219
(856) 523-9192
Counsel for Plaintiff

Brian D. Turner, Jr.
Elizabeth A. Ellis
Ernest Cory
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200
Counsel for Plaintiff

**Service list for *Lanham* v. *Bayer Corp. et al.* (S.D. Tex. No. 4:07-cv-1687):**

Clerk, United States District Court,
Southern District of Texas
P. O. Box 61010
Houston, Texas 77208
(713) 250-5500

Gregg Anderson
TERRY BRYANT LLP
8584 Katy Freeway, Suite 100
Houston, Texas 77024
(713) 973-8888
Counsel for Plaintiff

Brian D. Turner, Jr.
Ernest Cory
Elizabeth A. Ellis
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200
Counsel for Plaintiff

**Service list for *Pesl et al.* v. *Bayer Corp. et al.* (S.D. Tex. No. 4:07-cv-2819):**

Clerk, United States District Court,
Southern District of Texas
P. O. Box 61010
Houston, Texas 77208
(713) 250-5500

Howard Taylor Dulmage
Michael Y. McCormick
MCCORMICK, HANCOCK & NEWTON
1900 W Loop S
Suite 700
Houston, Texas 77027
(713) 297-0700
Counsel for Plaintiffs

Service list for *Fast* v. *Bayer Corp. et al.* (N.D. W. Va. No. 5:07-cv-82):

Clerk, United States District Court,
Northern District of West Virginia
P.O. Box 471
Wheeling, West Virginia  26003
(304) 232-0011

Barry Hill
HILL WILLIAMS, PLLC
89 12th Street
Wheeling, West Virginia  26003
(304) 233-4966
Counsel for Plaintiff

Brian Barr
Lea Morris Turtle
Michael B. Lynch
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, Florida 32591
(850) 435-7184
Counsel for Plaintiff

Quin M. Sorenson