| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| EMILY C. WECHT, ESQ. (240106)<br>WALKUP, MELODIA, KELLY & ECHEVERRIA<br>650 California Street, 26th floor<br>San Francisco, California  94108 | (415) 981-7210 | |
| Attorneys for:  PLAINTIFF | Ref. No. Or File No.<br>W2489809 | |

Insert name of court, judicial district and branch court, if any:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff:

SAMUEL NITZBERG, etc., et al.

Defendant:

BAYER CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-04399 CW |
|---|---|---|---|---|

I,  Lisa Santos                                  , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SECOND AMENDED COMPLAINT FOR DAMAGES

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : BAYER CORPORATION

By Serving         : BECKY DEGEORGE, Authorized Agent for CSC-LAWYERS INCORPORATING SYSTEM, Agent
                       for Service of Process
Address            : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time        : Tuesday, January 8, 2008 @ 2:02 p.m.
Witness fees were  : Not applicable.

Person serving:
Lisa Santos
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  98-13
   (3) County:  Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: January 9, 2008

Signature:_____
                      Lisa Santos



Printed on recycled paper