| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| EMILY C. WECHT, ESQ. (240106)<br>WALKUP, MELODIA, KELLY & ECHEVERRIA<br>650 California Street, 26th floor<br>San Francisco, California 94108 | (415) 981-7210 | |
| | Ref. No. Or File No.<br>W2489811 | |
| Attorneys for: PLAINTIFF | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
SAMUEL NITZBERG, etc., et al.

Defendant:
BAYER CORPORATION, et al.

| **PROOF OF SERVICE** | Date | Time | Dept/Div. | Case Number:<br>C07-04399 CW |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SECOND AMENDED COMPLAINT FOR DAMAGES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : BAYER PHARMACEUTICALS CORPORATION

By Serving         : MARGARET WILSON, Authorized Agent of CT Corporation System, Agent for Service of Process.
Address            : 818 W. Seventh Street, Los Angeles, California 90017
Date & Time        : Tuesday, January 8, 2008 @ 3:15 p.m.
Witness fees were  : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 9, 2008                   Signature: _B. Anderson_


Printed on recycled paper