Michael A. Kelley (SBN 71460)
mkelley@wlakuplawoffice.com
Khaldoun Baghdadi (SBN 190111)
kbaghadadi@walkuplawoffice.com
Emily C. Wecht (SBN 240106)
ewecht@walkuplawoffice.com
WALKUP, MELODIA, KELLY,
WECHT & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, California  94108-2615
Telephone: (415) 981-7210
Facsimile:  (415) 391-6965

Attorneys for Plaintiffs

Catherine M. Barrad (SBN 168897)
cbarrad@sidley.com
Christine K. Son (SBN 223190)
cson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendants

```
CHAMBERS COPY - DO NOT FILE
Judge Claudia Wilken
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>　　　　　Defendants. | Case No. C-07-04399 CW<br><br>**JOINT MOTION FOR SUBSTITUTION OF DEFENDANTS AND AMENDMENT OF CASE MANAGEMENT ORDER** |

**JOINT MOTION FOR SUBSTITUTION OF DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 25(c), plaintiffs Elena Storer, et al., defendant Bayer Corporation, and defendant Bayer Pharmaceuticals Corporation ("BPC"), by its successor in interest, Bayer HealthCare Pharmaceuticals Inc. ("BHCP"), respectfully request that the Court enter an order substituting BHCP for BPC as a defendant in this matter. Additionally, the parties request that the Court amend the Case Management Order entered on December 19, 2007 to extend by thirty days the deadline for joinder of additional parties. In support of this motion, the parties state as follows:

1. In the present lawsuit, plaintiffs assert wrongful death claims allegedly arising from the administration of a prescription pharmaceutical, Trasylol, to the plaintiffs' decedent, Robert Nitzberg. Plaintiffs allege that Mr. Nitzberg was administered Trasylol on February 16, 2005 while undergoing cardiac surgery.

2. BPC is named as a defendant in the Second Amended Complaint filed on January 3, 2008. BPC was the Bayer entity which conducted Bayer's Trasylol business in the United States from January 1, 2003 to January 1, 2008.

3. On January 1, 2008, BPC was merged with and into BHCP. As a consequence of the merger, BPC no longer exists as a separate corporate entity.

4. BHCP is a Delaware corporation with its principal place of business in Wayne, New Jersey. BHCP is now the entity conducting Bayer's Trasylol business in the United States.

5. Because BPC no longer exists as a corporate entity capable of being sued and in light of the fact that BHCP now conducts Bayer's Trasylol business in the United States, the parties respectfully request that the Court enter the proposed order accompanying this motion and thereby substitute BHCP for BPC as a defendant in this matter.

6. The Case Management Order entered by the Court on December 19, 2007 includes a deadline of May 16, 2008 for the joinder of additional parties and the assertion of additional claims. Plaintiffs have advised the court and defendants that

2
**JOINT MOTION FOR SUBSTITUTION OF DEFENDANTS**

they need to depose decedent, Robert Nitzberg's, treating cardiac surgeon and cardiac anesthesiologist prior to that deadline. Plaintiffs noticed those depositions for January 25, 2008 and January 28, 2008. Defendants have agreed to go forward with the two physicians' depositions in April 2008 so long as defendants have adequate opportunity in advance thereof to secure and review all of decedent's medical records. Plaintiffs have provided defendants with the names of decedent's treating physicians and decedent's medical records from the surgery giving rise to this action. To afford defendants with sufficient time to collect and review the medical records of Mr. Nitzberg in advance of the contemplated depositions, and to afford plaintiffs with sufficient time thereafter to schedule and conduct the physicians' depositions, the parties respectfully request that the Court extend by thirty days the deadline for joinder of additional parties in this matter.

7.   Defendants have already served upon plaintiffs interrogatories and requests for production of documents to facilitate the prompt identification of Mr. Nitzberg's healthcare providers and, thereafter, the collection of the pertinent medical records.

WHEREFORE, the parties respectfully request that the Court enter the proposed order which accompanies this motion, and thereby (i) substitute BHCP for

//
//
//
//
//
//
//
//
//

3
**JOINT MOTION FOR SUBSTITUTION OF DEFENDANTS**

1  BPC as a defendant and (ii) extend by thirty days the deadline for joinder of additional
2  parties.

4  Dated: January 28, 2008         WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER


By:    */s/ Emily C. Wecht*
       Michael A. Kelly
       Khaldoun A. Baghdadi
       Emily C. Wecht

Attorneys for Plaintiffs

SIDLEY AUSTIN LLP


By:    */s/ Catherine Valerio Barrad*
       Catherine Valerio Barrad
       Christine K. Son

Attorneys for Defendants
Bayer Corporation and Bayer
Pharmaceuticals Corporation,
by its successor in interest,
Bayer HealthCare Pharmaceuticals Inc.

**JOINT MOTION FOR SUBSTITUTION OF DEFENDANTS**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. C-07-04399 CW<br><br>**[PROPOSED] ORDER FOR SUBSTITUTION OF DEFENDANTS AND AMENDMENT OF CASE MANAGEMENT ORDER** |

Upon consideration of the parties' Joint Motion for Substitution of Defendants and Amendment of Case Management Order, it is ORDERED that Bayer HealthCare Pharmaceuticals Inc. is hereby substituted for Bayer Pharmaceuticals Corporation as a

//

//

//

1 | defendant in this matter.  Additionally, the deadline for joinder of additional parties is
2 | hereby extended from May 16, 2008 to June 16, 2008.
3 |     IT IS SO ORDERED.
5 | Dated:

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER FOR SUBSTITUTION OF DEFENDANTS**