Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
Christine Kim Son (SBN 223190)
cson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
Bayer HealthCare Pharmaceuticals Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. 07-CV-04399 CW<br><br>Assigned to: Hon. Claudia Wilken<br><br>**DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Original Complaint Filed May 17, 2007<br><br>Second Amended Complaint Filed January 3, 2008 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations

**BAYER HEALTHCARE PHARMACEUTICALS INC.'S CERTIFICATION OF INTERESTED ENTITIES**

(including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Bayer HealthCare Pharmaceuticals Inc. is a nongovernmental corporation.

    2.    Bayer HealthCare Pharmaceuticals Inc. is wholly owned by Schering Berlin Inc.

    3.    Schering Berlin Inc. is wholly owned by Bayer HealthCare LLC.

    4.    The sole member of Bayer HealthCare LLC is Bayer Corporation.

    5.    Bayer Corporation is wholly owned by Bayer AG, a publicly traded corporation.

If additional parties become known during the course of discovery, then Bayer HealthCare Pharmaceuticals Inc. will amend this certification to bring such additional names to the attention of the Court.

Dated:  January 28, 2008                        Catherine Valerio Barrad

By: *s/Catherine Valerio Barrad*
Catherine Valerio Barrad
Christine Kim Son
*Attorneys For Defendant*
*Bayer HealthCare Pharmaceuticals Inc.*

2

**BAYER HEALTHCARE PHARMACEUTICALS INC.'S CERTIFICATION OF INTERESTED ENTITIES**