1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine Kim Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6
7  Attorneys For Defendant
   Bayer HealthCare Pharmaceuticals Inc.
8
                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. 07-CV-04399 CW<br><br>Assigned to: Hon. Claudia Wilken<br><br>**DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>Original Complaint Filed May 17, 2007<br><br>Second Amended Complaint Filed January 3, 2008 |

Pursuant to Civil Local Rule 3-13, Bayer HealthCare Pharmaceuticals Inc. gives notice that the above-captioned action involves a material part of the same subject matter as the following pending actions and proceedings, which concern the assertion of personal injury claims relating to the use of the prescription medication Trasylol®:

---
BAYER HEALTHCARE PHARMACEUTICALS INC.'S NOTICE OF PENDENCY

1   *Bakan v. Bayer Corp.*, Case No. 07-220, filed on or about February 2, 2007, and
2   pending in the United States District Court for the Middle District of Florida.
3   *Ballard v. Bayer Corp.*, Case No. NNH-CV-07-5013675-S, filed on or about
4   August 31, 2007, and pending in the New Haven, Connecticut, Superior Court.
5   *Balogh v. Bayer Corp.*, Case No. 071000614, writ of summons filed on or about
6   October 4, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common
7   Pleas.
8   *Burnette v. Bayer Corp.*, Case No. 07-2238, filed on or about December 14,
9   2007, and pending in the United States District Court for the Northern District of
10  Alabama.
11  *Campbell v. Bayer Corp.*, Case No. NNH-CV-08-5016513-S, filed on or about
12  December 24, 2007, and pending in the New Haven, Connecticut, Superior Court.
13  *Caruso v. Bayer Corp.*, No. 08-77, filed on or about January 17, 2008, and
14  pending in the United States District Court for the District of Connecticut.
15  *Chavez v. Bayer Corp.*, Case No. NNH-CV-08-5016268-S, filed on or about
16  December 14, 2007, and pending in the New Haven, Connecticut, Superior Court.
17  *Cohen v. Bayer Corp.*, Case No. NNH-CV-07-5015869-S, filed on or about
18  November 30, 2007, and pending in the New Haven, Connecticut, Superior Court.
19  *Cooper v. Bayer Corp.*, Case No. 071200146, writ of summons filed on or
20  about December 3, 2007, and pending in the Philadelphia, Pennsylvania, Court of
21  Common Pleas.
22  *Davis v. Bayer Corp.*, Case No. 07-115, filed on or about January 25, 2007, and
23  pending in the United States District Court for the Middle District of Tennessee.
24  *De Leon v. Bayer Corp.*, Case No. 07-6206, filed on or about May 17, 2007,
25  and pending in the United States District Court for the Northern District of California.
26
27
28

*De Toro v. Bayer Corp.*, Case No. 070903428, writ of summons filed on or about September 27, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Domnitz v. Bayer Corp.*, Case No. 071203458, writ of summons filed on or about December 21, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Durkin v. Bayer Corp.*, Case No. 07-7162, filed on or about November 20, 2007, and pending in the United States District Court for the Northern District of Illinois.

*Eannarino v. Bayer Corp.*, No. 08-78, filed on or about January 17, 2008, and pending in the United States District Court for the District of Connecticut.

*Fast v. Bayer Corp.*, Case No. 07-82, filed on or about June 23, 2007, and pending in the United States District Court for the Northern District of West Virginia.

*Forester v. Bayer Corp.*, Case No. NNH-CV-08-5017011-S, filed on or about January 14, 2008, and pending in the New Haven, Connecticut, Superior Court.

*Fox v. Bayer Corp.*, Case No. 070900277, writ of summons filed on or about September 5, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Glunt v. Bayer Corp.*, Case No. 071101080, writ of summons filed on or about November 8, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Green v. Bayer Corp.*, Case No. 070901904, writ of summons filed on or about September 19, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Jacobs v. Bayer Corp.*, Case No. L-276-08, filed on or about January 25, 2008, and pending in the Atlantic County, New Jersey, Superior Court.

*Lanham v. Bayer Corp.*, Case No. 07-1687, filed on or about May 21, 2007, and pending in the United States District Court for the Southern District of Texas.

*Kaplan v. Bayer Corp.*, Case No. L-234-08, filed on or about January 22, 2008, and pending in the Atlantic County, New Jersey, Superior Court.

*Mack v. Bayer Corp.*, No. 07-1151, filed on or about July 6, 2007, and pending in the New Haven, Connecticut, Superior Court.

*McGowan v. Bayer Corp.*, Case No. L-277-08, filed on or about January 25, 2008, and pending in the Atlantic County, New Jersey, Superior Court.

*Mittelman v. Bayer Corp.*, Case No. 08-0218, filed on or about January 22, 2008, and pending in the United States District Court for the Northern District of Georgia.

*Morrill v. Bayer Pharmaceuticals Corp.*, Case No. 07-819, filed on or about December 29, 2006, and pending in the United States District Court for the Middle District of Florida.

*Murray v. Bayer Corp. et al.*, Case No. L-275-08, filed on or about January 25, 2008, and pending in the Atlantic County, New Jersey, Superior Court.

*Nelson v. Bayer Corp.*, Case No. 071203336, writ of summons filed on or about December 19, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*O'Brien v. Bayer Corp.*, Case No. CJ-2007-10845, filed on or about December 18, 2007, and pending in the Oklahoma County, Oklahoma, District Court.

*O'Connor v. Bayer Corp.*, Case No. 07-633, filed on or about April 9, 2007, and pending in the United States District Court for the Southern District of California.

*Oshop v. Bayer Corp.*, Case No. NNH-CV-07-5015142-S, filed on or about October 26, 2007, and pending in the New Haven, Connecticut, Superior Court.

*Pesl v. Bayer Corp.*, Case No. 07-2819, filed on or about September 5, 2007, and pending in the United States District Court for the Southern District of Texas.

*Pidgeon v. Bayer Corp.*, Case No. 71202127, writ of summons filed on or about December 12, 2007, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Randone v. Bayer Corp.*, Case No. NNH-CV-07-5015868-S, filed on or about November 30, 2007, and pending in the New Haven, Connecticut, Superior Court.

*Reber v. Bayer Corp.*, Case No. NNH-CV-07-5013304-S, filed on or about August 16, 2007, and pending in the New Haven, Connecticut, Superior Court.

*Reider v. Bayer Corp.*, Case No. 07-1688, filed on or about August 30, 2007, and pending in the United States District Court for the Western District of Louisiana.

*Rodriguez v. Bayer Corp.*, Case No. 07-81172, filed on or about December 10, 2007, and pending in the United States District Court for the Southern District of Florida.

*Sessums v. Bayer AG*, Case No. 07-436, filed on or about May 16, 2007, and pending in the United States District Court for the Southern District of Mississippi.

*Shaw v. Bayer HealthCare*, Case No. 07-176, filed on or about December 1, 2007, and pending in the United States District Court for the Middle District of Georgia.

*Steptoe v. Bayer Corp.*, Case No. 08-0005, filed on or about January 14, 2008, and pending in the United States District Court for the Southern District of Georgia.

*Tongish v. Bayer Corp.*, Case No. 080100395, writ of summons filed on or about January 9, 2008, and pending in the Philadelphia, Pennsylvania, Court of Common Pleas.

*Ware v. Bayer Corp.*, Case No. 07-1305, filed on or about October 5, 2007, and pending in the United States District Court for the Central District of California.

*Wease v. Bayer Corp.*, Case No. 07-1659, filed on or about June 15, 2007, and pending in the United States District Court for the Northern District of Georgia.

//
//
//
//
//

**BAYER HEALTHCARE PHARMACEUTICALS INC.'S NOTICE OF PENDENCY**

1   *Williams v. Bayer Corp.*, Case No. 07-0004, filed on or about January 25, 2007,
2   and pending in the United States District Court for the Middle District of Tennessee.

5   Dated: January 28, 2008                                    Catherine Valerio Barrad

8                                                              By: *s/Catherine Valerio Barrad*
                                                                   Catherine Valerio Barrad
9                                                                  Christine Kim Son
                                                                   *Attorneys For Defendant*
10                                                                 *Bayer HealthCare Pharmaceuticals*
                                                                   *Inc.*