**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>    Defendants. | Case No. C-07-04399 CW<br><br>**ORDER FOR SUBSTITUTION OF DEFENDANTS AND AMENDMENT OF CASE MANAGEMENT ORDER** |

Upon consideration of the parties' Joint Motion for Substitution of Defendants and Amendment of Case Management Order, it is ORDERED that Bayer HealthCare Pharmaceuticals Inc. is hereby substituted for Bayer Pharmaceuticals Corporation as a

//

//

//

---

**[PROPOSED] ORDER FOR SUBSTITUTION OF DEFENDANTS**

1  defendant in this matter.  Additionally, the deadline for joinder of additional parties is
2  hereby extended from May 16, 2008 to June 16, 2008.
3          IT IS SO ORDERED.

5  Dated:      1/29/08                          _____
6                                                CLAUDIA WILKEN
                                                 UNITED STATES DISTRICT JUDGE