1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>    Defendants. | Case No. 07-CV-04399 CW<br><br>**STIPULATED [PROPOSED] ORDER RE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION PURSUANT TO LOCAL RULE 7-11** |

1

1  Upon consideration of the Defendants' Motion for Administrative Relief To Stay
2  Proceedings Pending Transfer To Multidistrict Litigation Pursuant To Local Rule 7-11 and the
3  parties' related Stipulation:

4  **IT IS HEREBY ORDERED** that all deadlines and proceedings are STAYED in
5  the above-captioned case pending ruling of the Judicial Panel on Multidistrict Litigation on the
6  Defendants' motion to transfer.

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  This _____ day of February, 2008.

_____
Hon. Claudia Wilken
United States District Judge