1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine Kim Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6
   Attorneys For Defendants
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 SAMUEL NITZBERG by and through his            ) Case No. 07-CV-04399 CW
   guardian ad litem, ELENA STORER, and          )
11 MATTHEW NITZBERG by and through his           ) Assigned to: Hon. Claudia Wilken
   guardian ad litem, ELENA STORER, and          )
12 ELENA STORER, individually,                   )
                                                 ) **JOINT STIPULATION TO STAY**
13              Plaintiff,                       ) **PROCEEDINGS PURSUANT TO LOCAL**
                                                 ) **RULE 7-12**
14                                               )
          vs.                                    )
15                                               ) DEFENDANTS' UNOPPOSED MOTION FOR
                                                 ) ADMINISTRATIVE RELIEF TO STAY
16 BAYER CORPORATION; BAYER                      ) PROCEEDINGS PENDING TRANSFER TO
   PHARMACEUTICALS CORPORATION and               ) MULTIDISTRICT LITIGATION PURSUANT
17 DOES TWO through ONE HUNDRED, and              ) TO LOCAL RULE 7-11 FILED
   each of them,                                 ) CONCURRENTLY
18                                               )
                Defendants.                      ) STIPULATED [PROPOSED] ORDER
19                                               ) LODGED CONCURRENTLY
                                                 )

20

21

22

23

24

25

26

27

28              **JOINT STIPULATION TO STAY**
                **Case No. 07-CV-04399 CW**

1 | Plaintiffs and Defendants Bayer Corporation and Bayer HealthCare
2 | Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, hereby
3 | submit this joint stipulation to stay proceedings until the Judicial Panel on Multidistrict
4 | Litigation decides a pending motion seeking transfer of this and other Trasylol® cases for
5 | consolidated and coordinated pretrial proceedings. The requested stay would extend to all
6 | deadlines under the current Case Management Order and to all discovery obligations under
7 | Federal Rules of Civil Procedure 16, 26, 33, and 34, and under any other provisions or orders
8 | governing pretrial or trial proceedings in this case.

9 | Dated: February 15, 2008            SIDLEY AUSTIN LLP

12 | By: /s/ *Catherine Valerio Barrad*
     Catherine Valerio Barrad
13 | Christine Son

14 | Attorneys for Defendants Bayer Corporation and Bayer Pharmaceuticals Corporation by its successor in interest Bayer HealthCare Pharmaceuticals Inc.

16 | Dated: February 15, 2008            WALKUP MELODIA KELLY WECHT & SCHOENBERGER

19 | By: /s/ *Emily C. Wecht*
     Khaldoun Baghdadi
20 | Emily C. Wecht

21 | Attorneys for Plaintiffs

1

**JOINT STIPULATION TO STAY**
Case No. 07-CV-04399 CW