NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, and DOES TWO, through ONE HUNDRED, and each of them,<br><br>            Defendants. | ) Case Number C-07-04399 CW<br>)<br>) **NOTICE OF MOTION FOR**<br>) **ADMINISTRATIVE RELIEF TO**<br>) **CONSIDER WHETHER CASES**<br>) **SHOULD BE RELATED**<br>)<br>) **[Civil L.R. 3-12 and 7-11]**<br>)<br>) *Reference Case: Carol Minard, et al. v.*<br>) *Bayer Corporation, et al.,*<br>) *Case No. C 08-00739 JSW*<br>)<br>) Date:   April 24, 2008<br>) Time:   2:00 p.m.<br>) Courtroom: 2<br>) Judge: Honorable Claudia Wilken<br>) |

PLEASE TAKE NOTICE that on April 24, 2008 at 2:00 p.m., or as soon thereafter as the matter can be heard before the Honorable Claudia Wilken, United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, California, Plaintiffs Carol Minard, Jerry Greenmyer, Linda L. Greenmyer, Robert Covell, Margo Covell

*HERSH AND HERSH*
*A Professional Corporation*

NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER
CASES SHOULD BE RELATED

1   and James Zanos will and hereby do move the Court for an order granting Plaintiffs' Motion

2   for Administrative Relief to Consider Whether Cases Should Be Related.

3       This motion is based on this Notice, Motion for Administrative Relief to Consider

4   Whether Cases Should be Related, Declaration of Rachel Abrams, all papers filed in relation to

5   Plaintiffs' Motion filed concurrently herewith, the complete files and records in this action, and

6   any oral or documentary evidence that may be presented at the hearing on this matter.

7

8   DATED:  March 10, 2008

9

10                                          HERSH & HERSH
                                            A Professional Corporation

11

12                                    By_____

13                                          RACHEL ABRAMS
                                            Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HERSH AND HERSH
A Professional Corporation

NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER
CASES SHOULD BE RELATED