NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>  Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, and DOES TWO, through ONE HUNDRED, and each of them,<br><br>  Defendants. | Case Number C-07-04399 CW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil L.R. 3-12 and 7-11]**<br><br>*Reference Case: Carol Minard, et al. v. Bayer Corporation, et al.,*<br>Case No. C 08-00739 JSW<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Honorable Claudia Wilken |

COME NOW Plaintiffs Carol Minard, Jerry Greenmyer, Linda L. Greenmyer, Robert Covell, Margo Covell and James Zanos, by and through counsel, pursuant to Civil L.R. 3-12 and 7-11, hereby seek administrative relief to have this Court consider whether cases should be related.

Plaintiffs Carol Minard, Jerry Greenmyer, Linda L. Greenmyer, Robert Covell, Margo Covell and James Zanos, pursuant to Local Rule 3-12(b), in the case *Minard, et al. v. Bayer Corporation, et al.*, United States District Court, Northern District of California, Case No. C 08-00739 JSW (attached hereto as Exhibit A to the Declaration of Rachel Abrams ("Abrams Dec.") are of the belief that the following cases in the Northern District of California, Oakland Division are related pursuant to Local Rule 3-12(b):

*Samuel Nitzberg, et al. v. Bayer Corporation, et al.*, Case No. C 07-04399 CW, pending in the United States District Court for the Northern District of California.

*Lupe De Leon, et al. v. Bayer Corporation, et al.*, Case No. C 07-06206 CW, pending in the United States District Court for the Northern District of California.

These cases should be related because each case stems from the same or similar occurrences, injuries, damages and causes of action from the use of the drug, Trasylol®. Trasylol® was approved by the United States Food and Drug Administration ("FDA") in 1993 and is indicated for prophylactic use to reduce peri-operative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass in the course of open-heart surgical procedures. It is administered intravenously. In all of the above-mentioned cases to be related, Plaintiffs' physicians administered Trasylol® to Plaintiffs during open-heart surgeries and Plaintiffs sustained serious injuries, including renal failure and/or cardiac complications, including myocardial infarction.

On March 7, 2008, in compliance with Civil L.R. 7-11 and 7-12, Plaintiffs' counsel attempted to obtain a stipulation from Defendants' counsel. Plaintiffs' counsel left a telephonic voicemail message to Defendants' counsel, but received no response.

Based on the foregoing, the undersigned respectfully submits that the assignment of these actions to a single district judge will conserve judicial resources and promote an efficient

1 | determination of the actions.

DATED: March 10, 2008

                        HERSH & HERSH
                        A Professional Corporation

                        By_____
                        RACHEL ABRAMS
                        Attorneys for Plaintiffs

MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED