# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER PHARMACEUTICALS CORPORATION and DOES TWO through ONE HUNDRED, and each of them,<br><br>    Defendants. | Case No. 07-CV-04399 CW<br><br>**STIPULATED ORDER RE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION PURSUANT TO LOCAL RULE 7-11** |

Case 4:07-cv-04399-CW  Document 46  Filed 03/10/2008  Page 2 of 2

Upon consideration of the Defendants' Motion for Administrative Relief To Stay Proceedings Pending Transfer To Multidistrict Litigation Pursuant To Local Rule 7-11 and the parties' related Stipulation:

**IT IS HEREBY ORDERED** that all deadlines and proceedings are STAYED in the above-captioned case pending ruling of the Judicial Panel on Multidistrict Litigation on the Defendants' motion to transfer.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This _10th_ day of March, 2008.

*[signature]*

Hon. Claudia Wilken
United States District Judge

1
**[PROPOSED] ORDER**
**Case No. 07-CV-04399 CW**