1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 SAMUEL NITZBERG by and through his ) Case No. 07-CV-04399 CW
guardian ad litem, ELENA STORER, and )
11 MATTHEW NITZBERG by and through his )
guardian ad litem, ELENA STORER, and )
12 ELENA STORER, individually, ) **[PROPOSED] ORDER ON MOTION FOR**
) **ADMINISTRATIVE RELIEF TO**
13 ) **CONSIDER WHETHER CASES SHOULD**
Plaintiffs, ) **BE RELATED**
14 )
vs. )
15 )
)
16 BAYER CORPORATION; BAYER )
PHARMACEUTICALS CORPORATION and )
17 DOES TWO through ONE HUNDRED, and )
each of them, )
18 )
Defendants. )
19 )
)
20 )
)
21

22

23

24

25

26

27

28
**[PROPOSED] ORDER**
**Case No. 07-CV-04399 CW**

1    Upon consideration of the Motion for Administrative Relief To Consider Whether

2  Cases Should Be Related (the "Motion") filed by the Plaintiffs in *Minard, et al. v. Bayer*

3  *Corporation, et al.*, Case No. C 08-00739 JSW:

4    **IT IS HEREBY ORDERED** that the Motion is DENIED WITHOUT

5  PREJUDICE.

6    This _____ day of March, 2008.

7

8    _____

9    Hon. Claudia Wilken
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1
                          **[PROPOSED] ORDER**
                          **Case No. 07-CV-04399 CW**

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                            )  ss
COUNTY OF LOS ANGELES )

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

   On March 13, 2008, I delivered the foregoing document(s) described as **[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** on all interested parties in this action as follows:

Nancy Hersh, Esq.
Mark E. Burton, Jr., Esq.
Rachel Abrams, Esq.
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
Facsimile:  (415) 441-7586


   I caused the foregoing document(s) to be delivered by facsimile transmission by use of facsimile machine number (213) 896-6600 to each interested party at the facsimile machine telephone number shown.  Each transmission was reported as complete and without error.  A transmission report was properly issued by the sending facsimile machine for each interested party served.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on March 13, 2008, at Los Angeles, California.

         */s/ Rosemary T. Franchimone*

2