UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER



A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

C 07-04399 CW        Nitzberg et al v. Bayer Corporation

C 07-06206 CW        De Leon et al v. Bayer Pharmaceutical Corporation

I find that the above cases are related. _____

C 08-00739 JSW       Minard et al v. Bayer Corporation et al

I find that the above case is related to the cases assigned to me. _____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. **The above-captioned cases are stayed pending transfer by the Judicial Panel on Multidistrict Litigation for consolidated and coordinated pretrial proceedings in <u>In re Trasylol Products Liability Litigation</u>, MDL No. 1928.**

Dated: MAR 21 2008            _____
                              Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 3/25/08

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: 3/25/08 (date)