**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 16, 2008

U.S. District Court
Southern District of Florida
701 Clematis Street, Rm. 402
W. Palm Beach, FL 33401

RE: CV 07-04399 CW   Nitzberg-v-Bayer Corporation

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith (via -email) are:

    ☒    PDF documents of:

        1.  Notice of removal

        2.  1st and 2nd Amended Complaint

        3.  Docket sheet

        4.  MDL transfer order

.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    by:  Clara Pierce
    Case Systems Administrator